FILE COPY



**SHARON KELLER**
PRESIDING JUDGE

**BARBARA P. HERVEY**
**BERT RICHARDSON**
**KEVIN P. YEARY**
**DAVID NEWELL**
**MARY LOU KEEL**
**SCOTT WALKER**
**MICHELLE M. SLAUGHTER**
**JESSE F. MCCLURE, III**
JUDGES

# COURT OF CRIMINAL APPEALS

P.O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

**DEANA WILLIAMSON**
CLERK
(512) 463-1551

**SIAN SCHILHAB**
GENERAL COUNSEL
(512) 463-1597

February 12, 2024

10th Court Of Appeals Clerk
Mclennan County Courthouse
501 Washington Ave., Rm 415
Waco, Tx 76701
* Delivered Via E-Mail *

**Re:** Becerra, Joe Luis
**CCA No.** PD-0280-22          **COA No**. 10-17-00143-CR
**Trial Court Case No.** 14-03925-CRF-361

The opinion issued on January 31, 2024, has been changed as follows:

Page 16 line 2: "Texas constitution" has been corrected to "Texas Constitution"

Page 16 footnote 30: "Gammell" has been corrected to "Gammel" in the first and second line

Page 17 footnote 31: "Gammell" has been corrected to "Gammel" in the first line

Page 31 line 2: "...trial court should to do..." has been corrected to "...trial court should do..."

Page 33 footnote 74: "...fine not the exceed..." has been corrected to "...fine not to exceed..."

Page 40 footnote 93: "...error is as much as systemic requirement..." has been corrected to "...error is as much a systemic requirement..."

Page 43 footnote 104: a ) was added at the end of the footnote

Page 44 footnote 106: the comma has been deleted between "947, S.W.2nd..."

FILE COPY

Page 44 footnote 106: "holding that defendant was entitled to hearing..." has been corrected to "holding that defendant was entitled to a hearing..."

Sincerely,

*Deana Williamson*

Deana Williamson, Clerk


cc:    Lane D. Thibodeaux (Delivered Via E-Mail)
Ryan C. Calvert (Delivered Via E-Mail)
District Clerk Brazos County (Delivered Via E-Mail)
District Attorney Brazos County (Delivered Via E-Mail)
State Prosecuting Attorney (Delivered Via E-Mail)
Presiding Judge 361st District Court (Delivered Via E-Mail)